United States Court of Appeals,

Eleventh Circuit.

No. 94-2897.

CAFE 207, INC., a Florida corporation, Plaintiff-Appellant,

v.

ST. JOHNS COUNTY, a political subdivision of the State of Florida, Defendant-Appellee.

Oct. 5, 1995.

Appeal from the United States District Court for the Middle District of Florida (No. 92-390-Civ-J-10), William Terrell Hodges, Judge.

Before TJOFLAT, Chief Judge, DYER and GARTH[*], Senior Circuit Judges.

PER CURIAM:

We affirm the judgment of the district court for the reasons stated in its dispositive memorandum opinion reported at 856 F.Supp. 641 (M.D.Fla.1994).

AFFIRMED.

---

[*]Honorable Leonard I. Garth, Senior U.S. Circuit Judge for the Third Circuit, sitting by designation.